AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Timothy James Ireland, Jr. | ) | Case No. 3:19MJ5287 |
| | ) | |
| Defendant(s) | ) | |

FILED
11:06 am Aug 09 2019
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 22, 2019 - August 8, 2019 in the county of Lucas in the Northern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. 922(g)(1) | Fugitive in Possession of a Firearm |
| 18 U.S.C. 875(c) | Interstate Communications |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Lawrence Anyaso, US Capitol Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/09/2019

*Judge's signature*

City and state: Toledo, Ohio

James R. Knepp, II United States Magistrate Judge
*Printed name and title*