IN THE UNITES STAES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:19-cr-00588-JJH |
| Plaintiff, | Hon. Judge Jeffrey J. Helmick |
| vs. | |
| Timothy Ireland, | |
| Defendants. | |

### MOTION FOR EARLY TERMINATION OF PROBATION

On behalf of the Defendant, Timothy Ireland, Counsel moves the Court to consider early termination of his probation. Mr. Ireland has been supervised on probation since August of 2020 and has obeyed all orders of the Court.

                 Respectfully Submitted,

                 /s/ Ryan R. Parker
                 RYAN R. PARKER (0078131)
                 Ryan R. Parker
                 413 N. Michigan St.
                 Toledo, OH 43604
                 (419)789-9498
                 (419)255-6227

## CERTIFICATION

      This is to certify that on July 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF system.

      /s/ Ryan R. Parker